UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00079-MOC-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **RONALD D. PITTS,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion to Hold-Open Docket Call (#20). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Hold-Open Docket Call (#20) is **GRANTED**, and the matter will be held open until Thursday, October 6, 2016.

Signed: September 30, 2016

Max O. Cogburn Jr
United States District Judge